IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KENNETH PACK                                                                    PLAINTIFF

VS.                                                   CIVIL ACTION NO. 4:06CV107DPJ-JCS

SOUTHERN CAST PRODUCTS, INC.,                                              DEFENDANTS
and CBCA ADMINISTRATORS, INC.

## FINAL AGREED ORDER OF DISMISSAL

All parties having announced to the Court that they have settled this case, and this Court being desirous that this matter be finally dismissed from its docket,

IT IS ORDERED that this case is hereby dismissed with prejudice as to all parties.

SO ORDERED AND ADJUDGED this 29th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE

APPROVED & AGREED TO:

_____
Brian Herrington, Attorney for
Kenneth Pack

_____
H. Wingfield Glover, Jr., and Ellie B.
Word Attorneys for Southern Cast
Products, Inc.

_____
John G. Thompson, Jr., PHV, Attorney
for CBCA Administrators, Inc